[No. 6158-2-III. Division Three. January 14, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN RICHARD QUINN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82-1-00870-3, Thomas E. Merryman, J., entered October 28, 1983. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J. Now published at 43 Wn. App. 696.

[No. 14300-0-I. Division One. January 15, 1986.]

ALLIED STORES, INC., *Respondent,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 79-2-04984-1, Terrence A. Carroll, J., entered June 7, 1982. *Reversed* and *remanded* by unpublished opinion per Williams, J., concurred in by Scholfield, A.C.J., and Grosse, J.

[No. 13169-9-I. Division One. January 15, 1986.]

GENE GOOSMAN, SR., *Appellant,* v. KENNETH H. DAVIDSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-15554-5, Frank L. Sullivan, J., entered March 10, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Webster, JJ.